FILED

05/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 19-0629

ALFRED DESCHAMPS, BAR II ENTERPRISES, L.L.C.,

Plaintiffs and Appellants,

v.

FARWEST ROCK, LTD, FARWEST ROCK PRODUCTS, FARWEST
PRODUCTS, LLC, LUNDE BASTON, MIKE BASTON, and DOES 1-10

Defendants and Appellees.

**ORDER GRANTING APPELLEES' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE ANSWER BRIEF**

On Appeal from the Montana Fourth Judicial District Court
County of Missoula, Cause No. DV-18-1647
Honorable Elizabeth A. Best, Presiding

Pursuant to Appellees' Unopposed Motion for Extension of Time to File Answer Brief, with good cause appearing therefore and no objection by Appellants,

IT IS HEREBY ORDERED that Appellees' Unopposed Motion for Extension of Time to File Answer Brief is GRANTED, and Appellees shall have up to and including July 30, 2020 to file their opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
May 22 2020